UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ALYSSA ISEMAN and<br>POSITIVELY MEDIEVAL, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>M. JACOB WERNER,<br><br>    Defendant. | No. 3:19-CV-365-TRM-DCP |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the Court are Plaintiffs' Motion for Extension of Time to Complete Discovery [Doc. 38], as well as Plaintiffs' Motion to Withdraw Motion for Extension of Time [Doc. 41].

In their Motion for Extension of Time to Complete Discovery [Doc. 38], Plaintiffs requested an extension of time until July 17, 2020 to serve responses to Defendant's interrogatories. Defendant responded on July 10, 2020 that he had no objection to the request for an extension. [Doc. 40]. However, on July 13, 2020, Plaintiffs stated that they wished to withdraw their request for an extension of time. [Doc. 41].

Accordingly, Plaintiffs' Motion to Withdraw [Doc. 41] is **GRANTED** and Plaintiffs' Motion for Extension of Time to Complete Discovery [Doc. 38] is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

                                                ENTER:

                                                *Debra C. Poplin*
                                                Debra C. Poplin
                                                United States Magistrate Judge