UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ALYSSA ISEMAN, and POSITIVELY MEDIEVAL, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:19-CV-365-TRM-DCP ) |
| M. JACOB WERNER, | ) ) |
| Defendant. | ) ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

On December 11, 2020, the Court entered an Order [Doc. 52], allowing defense counsel to withdraw from this case. The Court also ordered Defendant to update the Court within ten (10) days as to whether he intends to proceed pro se. Defendant did not provide an update to the Court as directed, and no counsel has entered a notice of appearance on behalf of Defendant.

Accordingly, Defendant is **DEEMED** to be proceeding pro se in this matter. Defendant is **DIRECTED** to the Court's previous Order [Doc. 52], which explains his obligations as a pro se party. The Court will set a telephonic status conference in this matter for **January 28, 2021, at 1:30 p.m.** The Clerk will send the parties the call-in information for the telephonic status conference.

**IT IS SO ORDERED.**

ENTER:

_Debra C. Poplin_
Debra C. Poplin
United States Magistrate Judge