UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ALYSSA ISEMAN and POSITIVELY MEDIEVAL, LLC, | ) ) ) | Case No. 3:19-cv-365 |
| *Plaintiffs*, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge Debra C. Poplin |
| M. JACOB WERNER, | ) ) | |
| *Defendant*. | ) | |

## CONSENT JUDGMENT

This matter comes before the Court pursuant to the agreement of the parties that a consent judgment should be entered against the defendant, M. Jacob Werner, in the amount of Six Hundred Fifty Thousand Dollars ($650,000), plus interest and accrued attorneys' fees for all causes of action alleged in the Second Amended Complaint. It is therefore **ORDERED, ADJUDGED,** and **DECREED** that:

1. Judgment is entered on behalf of Alyssa Iseman and Positively Medieval, LLC in the amount of Six Hundred Fifty Thousand Dollars ($650,000), with interest at a rate of four percent (4%) starting on January 1, 2019, and continuing to this date, for all causes of action alleged in the Second Amended Complaint.

2. The Plaintiffs are awarded their attorneys' fees and costs, which are reflected in the sworn declaration of the Plaintiffs' counsel attached hereto as Exhibit A.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**