UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ALYSSA ISEMAN and
POSITIVELY MEDIEVAL, LLC,
    Plaintiff

v.                                      Case No.: 3:19-cv-00365-TRM-DCP

M. JACOB WERNER,
    Defendant

## APPLICATION FOR WRIT OF GARNISHMENT

The plaintiff (judgment creditor) hereby makes application to the Clerk of the United States District Court for the Eastern District of Tennessee for issuance of a Writ of Garnishment to satisfy a judgment against the defendant (judgment debtor). In support of this application, the following information is provided:

1. Judgment debtor's name: Melvin Jacob Werner

   Social Security Number: 315-72-xxxx
   (Restrict to last 4 digits)

   Last known address: 805 Cedar Lane, B6

   Knoxville, TN 37912

   Nature of debt: Judgment

   Amount of judgment: $650,000.00

   Costs added (specify): $114,820.66 (Attorney Fees and Costs)

   Interest: $65,000.00

   Less amount paid: $0.00

   Unpaid balance: $829,820.66

   As of: July 1, 2021

2. The garnishee is believed to have possession of property (which may include non-exempt, disposable earnings) in which the defendant has a substantial non-exempt interest.

3. Name and address of the garnishee:

Wells Fargo Bank, N.A.

1000 Louisiana St.

Houston, TX 77002

This 13th day of July, 20 21.

/s/ Michael S. Kelley
Attorney for Plaintiff (signature)

Michael S. Kelley
(Type or print attorney's name)

P.O. Box 442
(Address)

Knoxville, TN 37901

865-546-7311
(Telephone number)